UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LARRY JOHNSON, | CASE NO. C20-1394 MJP |
| Plaintiff, | MINUTE ORDER |
| v. | |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

The following minute order is made by the direction of the court, the Honorable Marsha J. Pechman, United States District Judge:

On September 22, 2020 the Court advised Plaintiff's counsel that he needed to be admitted to practice in the U.S. District Court for the Western District of Washington and to register for ECF filing access. (See Dkt. No. 4.) Although counsel has been admitted to practice in the District, he has not registered for ECF filing access or filed a notice of appearance. The Court reminds counsel that he must file a notice of appearance, register for ECF filing access, and ensure that he is aware of all of the orders and related materials entered in this case. This

MINUTE ORDER - 1

1 | includes the upcoming deadline by which to file a joint status report: March 15, 2021. (See

2 | Docket Entry dated Feb. 2, 2021 setting "March 15, 2020" as the deadline, which the Court

3 | hereby clarifies is March 15, 2021.)

4 |     The clerk is ordered to provide copies of this order to all counsel.

5 |     Filed February 16, 2021.

                              William M. McCool  
                              Clerk of Court

                              s/Paula McNabb  
                              Deputy Clerk

MINUTE ORDER - 2