1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

LARRY JOHNSON,

                    Plaintiff,

        v.

UNITED STATES OF AMERICA,

                    Defendant.

No. 2:20-cv-01394-MJP

**JOINT STIPULATION AND ORDER STAYING  DISCOVERY**

**Noted for Consideration:  May 25, 2021**

COMES NOW the Plaintiff, by and through her counsel, David Mann, and the Defendant, United States of America, by and through its counsel, Tessa M. Gorman, Acting United States Attorney for the Western District of Washington, and Kerry J. Keefe, Assistant United States Attorney for said District, pursuant to Local Rule 10(g) and this Court's Standing Order for Civil Cases, and hereby jointly stipulate and agree as follows:

WHEREAS this is an action involving a car accident that Plaintiff originally filed in King County Superior Court.  The United States removed this matter to United States District Court and substituted the government as defendant in place its employee, Daniel Caplan. *See* Dkt. Nos. 1, 7.

WHEREAS on May 5, 2021, the Court issued an Order granting Plaintiff the opportunity to depose of Daniel Caplan within 20 days of the Order. *See* Dkt. No. 15.

WHEREAS the parties the parties have been engaged in settlement discussions and have reached an agreement to settle this matter.

WHEREAS the parties agree and respectfully request that the Court stay this matter for 30 days in order to complete the settlement process.

WHEREAS within 30 days the parties will file an Order of Dismissal or a Status Report with the Court.

NOW THEREFORE, the parties, through their respective counsel of record, do hereby stipulate and agree, and respectfully request, that the Court make and enter the following order:

1. The Order for Discovery is stayed solely for the purpose of enabling the parties to complete the settlement process.


SO STIPULATED.

DATED this 25th day of May, 2021.

TESSA M. GORMAN
Acting United States Attorney


 /s Kerry J. Keefe
KERRY J. KEEFE WSBA #17204
Assistant United States Attorney
700 Stewart Street, Suite 5220
Seattle, WA  98101-1271
Telephone No. (206) 553-7970
Fax No. (206) 553-4073
E-mail   kerry.keefe@usdoj.gov
Attorney for the United States

SO STIPULATED.

DATED this 25th day of May, 2021.


 s/ David Mann
DAVID MANN, WSBA #50577
The Ledger Law Firm
147 7th Avenue West
Kirkland, WA 98033
Telephone No. (800) 300-0001
Fax No. (8000 442-2502
E-mail   mann@ledgerlaw.com
Attorney for Plaintiff

1

2
**ORDER**
3
IT IS SO ORDERED.
4

5
DATED this 26th day of May, 2021.
6

7

8

9

10
MARSHA J. PECHMAN
11
United States Senior District Judge
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28