The Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LARRY JOHNSON,<br><br>                      Plaintiff,<br><br>    v.<br><br>UNITED STATES OF AMERICA,<br><br>                      Defendant. | Case No. 2:20-cv-01394-MJP<br><br>STIPULATION AND ORDER OF DISMISSAL<br><br>**Noted on Motion Calendar:<br>June 25, 2021.** |

## **JOINT STIPULATION**

COME NOW the parties hereto, by and through their respective counsel of record, and hereby stipulate that this action, including any and all claims, counterclaims and cross-claims, whether for indemnity and/or contribution by and among the parties hereto, and any and all others, whether or not actually asserted to date, shall be dismissed with prejudice without costs or fees to either party.

//

//

//

STIPULATED AND ORDER OF DISMISSAL
[2:20-cv-01394-MJP] - 1

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
206-553-7970

**SO STIPULATED**.

Dated this 25th day of June, 2021.

        *s/ David Mann*
        DAVID MANN, WSBA No. 50577
        The Ledger Law Firm
        147 – 7th Avenue W
        Kirkland, WA 98033
        Telephone No. (800) 300-0001
        Fax No. (800) 442-2502
        E-mail mann@ledgerlaw.com

        Attorney for Plaintiff

**SO STIPULATED**.

Dated this 25th day of June, 2021.

        TESSA M. GORMAN
        Acting United States Attorney

        *s/ Kerry J. Keefe*
        KERRY J. KEEFE, WSBA No. 17204
        Assistant United States Attorney
        United States Attorney's Office
        700 Stewart Street, Suite 5220
        Seattle, Washington 98101-1271
        Phone: 206-553-7970
        Fax: 206-553-4067
        Email: kerry.keefe@usdoj.gov

        Attorney for Defendant United States of America

STIPULATED AND ORDER OF DISMISSAL
[2:20-cv-01394-MJP] - 2

**UNITED STATES ATTORNEY**
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
206-553-7970

# ORDER

The parties having so stipulated and agreed, it is hereby **ORDERED** that this case is dismissed with prejudice and without costs or fees to either party. This Court shall retain jurisdiction over the above-captioned action and the terms of the settlement thereof if and as necessary.

DATED this 28th day of June, 2021.

*[signature]*

MARSHA J. PECHMAN
United States Senior District Judge

STIPULATED AND ORDER OF DISMISSAL
[2:20-cv-01394-MJP] - 3

**UNITED STATES ATTORNEY**
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
206-553-7970